**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                              **DATE:** July 15, 2020
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

                                                                **DOCKET # 09-5429**

Prince
                    vs.
Aiellos


**APPEARANCES:**

Donell Prince, Plaintiff Pro Se
Mitchel Ayes, Esq. for Defendant Aiellos


**Nature of Proceedings**:    TELEPHONE CONFERENCE HELD

Status conference held.
Court advised the parties that once the restrictions of the COVID-19 pandemic is lifted a new trial date will be issued.


**Time Commenced:** 10:30
**Time Adjourned:** 11:00
**Total Time:** 30 min


                                                    RoseMarie Olivieri
                                                    SENIOR COURTROOM DEPUTY